IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Ervin Ellison, Jr., | ) | C/A No.: 4:11-1680-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Lisa Combs, Robin Dukes, Jamie Pope, Helen Campbell, and Smithfield Packing, Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

    This is a civil rights action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By order dated September 14, 2011, Plaintiff was given a specific time frame in which to provide necessary information and documents for this case to proceed. Plaintiff has failed to comply with the court's order.

    The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process.

    IT IS SO ORDERED.

*[signature]*

November 21, 2011  
Florence, South Carolina

Shiva V. Hodges  
United States Magistrate Judge